**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SARAH DOSCH**                                                                                    **PLAINTIFF**

**v.**                               **Case No. 4:22-cv-00375-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 22). Plaintiff Sarah Dosch has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. Ms. Dosch's complaint is dismissed with prejudice (Dkt. No. 1). Judgment will be entered accordingly.

It is so ordered this the 13th day of February, 2023.

_____
Kristine G. Baker
United States District Judge